

Orange County Clerk - Court Records Search

## 2021-CA-005256-O : GRIFFIN, DATHAN A vs. EPIC GAMES, INC

| | | | |
|---|---|---|---|
| Case Type: | CA - Breach of Agreement/Contract | Date Filed: | 5/24/2021 |
| Location: | Div 40 | UCN: | 482021CA005256A001OX |
| Judge: | Reginald K Whitehead | Status: | Pending |
| Citation Number: | CA - Breach of Agreement/Contract | Appear By Date: | |

| Parties | | | |
|---|---|---|---|
| **Name** | **Type** | **Attorney** | **Atty Phone** |
| DATHAN A GRIFFIN | Plaintiff | | |
| EPIC GAMES, INC<br>ET AL A MARYLAND CORPORATION | Defendant | | |

| Charge Details | | | | | |
|---|---|---|---|---|---|
| **Offense Date** | **Charge** | **Plea** | **Arrest** | **Disposition** | **Sentence** |

| Docket Events | | |
|---|---|---|
| **Date** | **Description** | **Pages** |
| 5/24/2021 | Correspondence | 2 |
| | Comments: PROCESS SERVICE MEMORANDUM | |
| 5/24/2021 | Correspondence | 1 |
| | Comments: LIST OF CONTENTS | |
| 5/24/2021 | Order Approving Streamlined Case Management Plan | 3 |
| 5/24/2021 | Summons Issued | 4 |
| | Comments: ORIGINAL AND COPY HANDED TO PLAINTIFF | |
| 5/24/2021 | Complaint | 11 |
| 5/24/2021 | Civil Cover Sheet | 3 |
| 5/24/2021 | Case Initiated | |

| Hearings | | | | |
|---|---|---|---|---|
| **Date** | **Hearing** | **Time** | **Location** | **Pages** |

| Financial | | | |
|---|---|---|---|
| **Date** | **Description** | **Payer** | **Amount** |
| 5/24/2021 | Transaction Assessment | | 400.00 |
| 5/24/2021 | Transaction Assessment | | 10.00 |
| 5/24/2021 | Payment | GRIFFIN, DATHAN A | -10.00 |
| 5/24/2021 | Payment | GRIFFIN, DATHAN A | -400.00 |
| | | Balance Due: | 0.00 |

| Bonds | | | |
|---|---|---|---|
| Description | Status Date | Bond Status | Amount |

| Warrants | | | | | |
|---|---|---|---|---|---|
| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |