# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| DATHAN A. GRIFFIN, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) No. 6:21-cv-959-RBD-LRH |
| EPIC GAMES, INC., | ) ) ) |
| *Defendant.* | ) ) |

## DECLARATION OF MARK REIN IN SUPPORT OF EPIC GAMES, INC.'S MOTION TO COMPEL ARBITRATION AND IN RESPONSE TO ORDER TO SHOW CAUSE

Mark Rein, being of lawful age, hereby declares under penalty of perjury of the laws of the United States as follows:

1.  I am a Vice President at Epic Games, Inc. ("Epic Games"). I have held this position since 1992. I have personal knowledge of the facts stated herein and I am otherwise competent to testify. I submit this declaration in support of Epic Games' Motion to Compel Arbitration or, In the Alternative, To Transfer the Case to the Eastern District of North Carolina, and in response to the Court's recent Order to Show Cause regarding Epic Games' corporate citizenship.

2. Epic Games, which developed and continues to develop the global hit video game *Fortnite*, is a Maryland corporation with its principal place of business in Cary, North Carolina.

3. Cary, North Carolina is where Epic Games maintains its executive offices and hundreds of employees work there. Nearly all members of Epic Games' senior leadership (including myself) work at the Cary, North Carolina headquarters or at nearby facilities, controlling the corporation's activities from there. The Cary office certainly can be described colloquially as the "nerve center" for Epic Games.

4. From the time of *Fortnite*'s launch in the summer of 2017, all players have had to agree to the *Fortnite* End User License Agreement ("EULA") before they could begin playing.

5. Epic Games has periodically updated the *Fortnite* EULA. From the outset, Epic Games advised users that it may amend that contract. Every version of the EULA has stated that "Epic may issue an amended Agreement . . . at any time in its discretion by posting the amended Agreement . . . on its website or by providing you with digital access to amended versions . . . when you next access the Software." The EULA advised players that "if any amendment to this Agreement . . . is not acceptable to you, you may terminate this Agreement and must stop using the Software."

6. On March 15, 2019, Epic Games amended the *Fortnite* EULA to include a requirement that players must arbitrate most disputes with Epic Games rather than litigating them.

7. Epic Games updated its *Fortnite* EULA most recently in September 2020. Like all prior versions Epic Games has issued since March 15, 2019, the September 2020 EULA includes a binding, individual arbitration agreement, which Epic Games prominently calls out at the top of the agreement.

8. When someone downloads the *Fortnite* software and wishes to begin playing *Fortnite*, and the time comes for the person to accept the EULA as a condition of playing, the EULA is displayed on-screen for the user. The user must affirmatively accept the agreement by clicking a box that reads, "I have read and agree with the End User License Agreement." After clicking that box, the user must confirm his or her acceptance a second time by clicking an "Accept" button. Unless the user both clicks the acceptance box and then clicks the Accept button, the user cannot access the *Fortnite* platform.

9. When Epic Games updates the *Fortnite* EULA, users must affirmatively reaccept the new version by placing a checkmark in an acceptance box and then clicking on an Accept button.

10. A screen shot of the EULA acceptance screen appears below this paragraph. This is what new players see when they create accounts, or when

existing players first log in to the *Fortnite* software after Epic Games has updated the *Fortnite* EULA. The screen shot shows the beginning sections of the current EULA. Toward the top of the EULA is a bold-faced, all-capitalized statement regarding the arbitration requirement and users' time-limited right to opt out of it.

---

**Fortnite® End User License Agreement**

Please read this Agreement carefully. It is a legal document that explains your rights and obligations related to your use of Epic's Software, including any Services you access or purchases you make through the Software. By downloading or using the Software, or by otherwise indicating your acceptance of this Agreement, you are agreeing to be bound by the terms of this Agreement. If you do not or cannot agree to the terms of this Agreement, you may not download or use this Software.

In particular, we want to highlight some important terms, policies, and procedures in this Agreement. By accepting this Agreement:

1. You are also agreeing to other Epic rules and policies that are expressly incorporated into this Agreement. Please read them carefully:

   Our Privacy Policy explains what information we collect from you and how we protect it.
   Our Fan Content Policy explains what you can do with Epic's Intellectual Property in the content you create.
   Our Terms of Service explain the rules for our websites.

2. You grant Epic a license to use whatever content you create using the Service. You can find more information in the User Generated Content section below.

3. You and Epic agree to resolve disputes between us in individual arbitration (not in court). We believe the alternative dispute-resolution process of arbitration will resolve any dispute fairly and more quickly and efficiently than formal court litigation. Section 12 explains the process in detail. We've put this up front (and in caps) because it's important:

**THIS AGREEMENT CONTAINS A BINDING, INDIVIDUAL ARBITRATION AND CLASS-ACTION WAIVER PROVISION. IF YOU ACCEPT THIS AGREEMENT, YOU AND EPIC AGREE TO RESOLVE DISPUTES IN BINDING, INDIVIDUAL ARBITRATION AND GIVE UP THE RIGHT TO GO TO COURT INDIVIDUALLY OR AS PART OF A CLASS ACTION, AND EPIC AGREES TO PAY YOUR ARBITRATION COSTS FOR ALL DISPUTES OF UP TO $10,000 THAT ARE MADE IN GOOD FAITH (SEE SECTION 12). YOU HAVE A TIME-LIMITED RIGHT TO OPT OUT OF THIS WAIVER.**

TO ENTER INTO THIS LICENSE AGREEMENT, YOU MUST BE AN ADULT OF THE LEGAL AGE OF MAJORITY IN YOUR COUNTRY OF RESIDENCE. YOU ARE LEGALLY AND FINANCIALLY RESPONSIBLE FOR ALL ACTIONS USING OR ACCESSING OUR SOFTWARE, INCLUDING THE ACTIONS OF ANYONE YOU ALLOW TO ACCESS TO YOUR ACCOUNT. YOU AFFIRM THAT YOU HAVE REACHED THE LEGAL AGE OF MAJORITY, UNDERSTAND AND ACCEPT THIS AGREEMENT (INCLUDING ITS DISPUTE RESOLUTION TERMS). IF YOU ARE UNDER THE LEGAL AGE OF MAJORITY, YOUR PARENT OR LEGAL GUARDIAN MUST CONSENT TO THIS AGREEMENT.

☐ I have read and agree with the End User License Agreement

[Accept]

Complete later?
Dismiss

11. Players cannot click the Accept button shown above unless and until they have affirmatively placed a checkmark next to "I have read and agree with the End User License Agreement." A screen shot of what the player sees after placing a checkmark in that box appears below this paragraph.

> Fortnite® End User License Agreement
>
> Please read this Agreement carefully. It is a legal document that explains your rights and obligations related to your use of Epic's Software, including any Services you access or purchases you make through the Software. By downloading or using the Software, or by otherwise indicating your acceptance of this Agreement, you are agreeing to be bound by the terms of this Agreement. If you do not or cannot agree to the terms of this Agreement, you may not download or use this Software.
>
> In particular, we want to highlight some important terms, policies, and procedures in this Agreement. By accepting this Agreement:
>
> 1. You are also agreeing to other Epic rules and policies that are expressly incorporated into this Agreement. Please read them carefully:
>
>    Our Privacy Policy explains what information we collect from you and how we protect it.
>    Our Fan Content Policy explains what you can do with Epic's Intellectual Property in the content you create.
>    Our Terms of Service explain the rules for our websites.
>
> 2. You grant Epic a license to use whatever content you create using the Service. You can find more information in the User Generated Content section below.
>
> 3. You and Epic agree to resolve disputes between us in individual arbitration (not in court). We believe the alternative dispute-resolution process of arbitration will resolve any dispute fairly and more quickly and efficiently than formal court litigation. Section 12 explains the process in detail. We've put this up front (and in caps) because it's important:
>
> **THIS AGREEMENT CONTAINS A BINDING, INDIVIDUAL ARBITRATION AND CLASS-ACTION WAIVER PROVISION. IF YOU ACCEPT THIS AGREEMENT, YOU AND EPIC AGREE TO RESOLVE DISPUTES IN BINDING, INDIVIDUAL ARBITRATION AND GIVE UP THE RIGHT TO GO TO COURT INDIVIDUALLY OR AS PART OF A CLASS ACTION, AND EPIC AGREES TO PAY YOUR ARBITRATION COSTS FOR ALL DISPUTES OF UP TO $10,000 THAT ARE MADE IN GOOD FAITH (SEE SECTION 12). YOU HAVE A TIME-LIMITED RIGHT TO OPT OUT OF THIS WAIVER.**
>
> TO ENTER INTO THIS LICENSE AGREEMENT, YOU MUST BE AN ADULT OF THE LEGAL AGE OF MAJORITY IN YOUR COUNTRY OF RESIDENCE. YOU ARE LEGALLY AND FINANCIALLY RESPONSIBLE FOR ALL ACTIONS USING OR ACCESSING OUR SOFTWARE, INCLUDING THE ACTIONS OF ANYONE YOU ALLOW TO ACCESS TO YOUR ACCOUNT. YOU AFFIRM THAT YOU HAVE REACHED THE LEGAL AGE OF MAJORITY, UNDERSTAND AND ACCEPT THIS AGREEMENT (INCLUDING ITS DISPUTE RESOLUTION TERMS). IF YOU ARE UNDER THE LEGAL AGE OF MAJORITY, YOUR PARENT OR LEGAL GUARDIAN MUST CONSENT TO THIS AGREEMENT.
>
> ☑ I have read and agree with the End User License Agreement
>
> **Accept**
>
> Complete later?
> Dismiss

12. The bold-faced, all capitalized text describing the arbitration requirement reads:

> **THIS AGREEMENT CONTAINS A BINDING, INDIVIDUAL ARBITRATION AND CLASS-ACTION WAIVER PROVISION. IF YOU ACCEPT THIS AGREEMENT, YOU AND EPIC AGREE TO RESOLVE DISPUTES IN BINDING, INDIVIDUAL ARBITRATION AND GIVE UP THE RIGHT TO GO TO COURT INDIVIDUALLY OR AS PART OF A CLASS ACTION, AND EPIC AGREES TO PAY YOUR ARBITRATION COSTS FOR ALL DISPUTES OF UP TO $10,000 THAT ARE MADE IN GOOD FAITH (SEE SECTION 12). YOU HAVE A TIME-LIMITED RIGHT TO OPT OUT OF THIS WAIVER.**

13. Epic Games' records, stored in and accessed from North Carolina, reflect that plaintiff Dathan A. Griffin created a *Fortnite* account with the display name "TWGS-BrownLlamma" on January 19, 2019. Epic Games' records reflect that Mr. Griffin accepted the *Fortnite* EULA on that date and began playing *Fortnite*.

14. Epic Games' records reflect that on March 15, 2019, Mr. Griffin accepted the amended *Fortnite* EULA that added the arbitration requirement. Upon accepting that arbitration agreement for the first time, Mr. Griffin had 30 days to opt out of the arbitration requirement if he wished to do so. Epic Games has no record of Mr. Griffin opting out of the arbitration requirement by the April

14, 2019 deadline to do so (and even though a later opt-out would not have been timely, we have no record of him attempting to opt out at any time since).

15. Mr. Griffin accepted the *Fortnite* EULA on several more occasions since March 15, 2019. Epic Games' records reflect additional EULA acceptances in his account on March 23, 2019, March 28, 2019, August 2, 2019, June 26, 2020, and January 16, 2021.

16. A copy of the EULA that Mr. Griffin accepted in January 2019 is attached to this declaration as Exhibit A. I attach that prior version so that the Court can see Epic Games' reservation of rights to amend the Agreement at any time. That reservation of rights appears in Section 14 of Exhibit A.

17. A copy of the most recent EULA that Mr. Griffin accepted is attached to this declaration as Exhibit B. The call-out of the arbitration requirement appears on the first page. The arbitration agreement itself is Section 12. The definition of "Disputes" is in Section 12.3.1.

18. In Section 11 of both Exhibit A and Exhibit B, Epic Games and players agree that any disputes—or, after the March 2019 amendments, any non-arbitrable disputes—must be heard exclusively in the Superior Court of Wake County, Carolina, or, if federal jurisdiction exists, in the United States District Court for the Eastern District of North Carolina. Players agree in the EULA to jurisdiction and venue in those courts.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of June 2021 in Cary, North Carolina

_____
MARK REIN